*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, GROSS, and BURGTORF
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Joe I. QUINTANILLAMEJIA**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202500236**

_____

Decided: 21 January 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
David C. Segraves (arraignment and motions)
Todd J. Gaston (trial and entry of judgment)

Sentence adjudged 28 March 2025 by a special court-martial tried at Marine Corps Air Station Miramar, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 118 days, and a bad-conduct discharge.[1]

For Appellant:
*Lieutenant Meggie C. Kane-Cruz, JAGC, USN*

---

[1] Appellant was credited with 118 days of pretrial confinement credit.

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.



FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.